1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | | |
|---|---|---|
| TED M. KENT, | ) | Case No. CV 12-06351-RGK (JEM) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

18      In accordance with the Report and Recommendation of United States Magistrate Judge
19 accepted by the Court,
20      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is
21 AFFIRMED and the matter DISMISSED with prejudice.
22
23 DATED:  July 29, 2013
24                                        R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28